UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs                                          Case No.  4:07cr59-SPM

**MICHAEL H. BUCKLEY**

        Defendant
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the motion of the United States of America for a Preliminary Order of Forfeiture.  Being fully advised in the premises, the Court finds:

1. On September 11, 2007, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him with various violations of Title 21, United States Code.

2. The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. § 853.

3. The United States seeks forfeiture of the follow real property:

    **A.    370 SWISHER ROAD, HAVANA, FLORIDA, 32333, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, and more particularly described in Exhibit A.**

4. The United States is entitled to possession of the above-described property pursuant to 21 U.S.C. § 853.

5. The defendant has entered a plea and cooperation agreement, consenting to the forfeiture of all forfeitable property to the United States of America.

it is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

    **A.**    **370 SWISHER ROAD, HAVANA, FLORIDA, 32333, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, and more particularly described in Exhibit A.**

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once, in a manner provided by law, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice in a newspaper of general circulation, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is

further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this <u>sixteenth</u> day of April, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge