UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs                                                Case No.  4:07cr59-SPM

**MICHAEL H. BUCKLEY**

        Defendant
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on April 16, 2008, this Court entered a Preliminary Order of Forfeiture against the following property:

      A.    **370 SWISHER ROAD, HAVANA, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**; and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning April 20, 2008.  Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, The government accepted the offer of David Swisher, one of the owners of 370 Swisher Road, Havana, Florida, to forfeit $10,000 in lieu of the defendant's interest in the real property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to **$10,000 in lieu of 370 Swisher Road, Havana, Florida**, is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

DONE AND ORDERED this ninth day of December, 2008

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge